IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| BRANDY GIST, et al., | Case No. 1:25-cv-325 |
| Plaintiffs, | Judge Matthew W. McFarland |
| v. | |
| BUTLER COUNTY JUVENILE COURT, et al., | |
| Defendants. | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 5)

The Court has thoroughly reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz (Doc. 5), to whom this case is referred. Noting that no objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the entirety of said Report and Recommendation and **ORDERS** the following:

1) Plaintiffs' Complaint is **DISMISSED WITH PREJUDICE**;

2) Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 4) is **DENIED**;

3) It is **CERTIFIED** pursuant to 28 U.S.C. § 1915(a) that for the forgoing reasons an appeal of this Order would not be taken in good faith. Accordingly, Plaintiffs are **DENIED** leave to appeal in forma pauperis; and

2

4) This case is hereby **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND